**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Sarah L. Sanford, | ) | CV 05-2020 PHX NVW |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Copper State Bolt & Nut Company, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Before the court is plaintiff's Request for Continuance (doc. #9), which seeks a continuance of the October 28, 2005 Rule 16 scheduling conference due to an illness in plaintiff's family. The motion will be granted and the case management conference vacated. It also appears from Defendants' Case Management Report (doc. #8) that plaintiff refused to participate in the joint preparation of the proposed case management report.

The court's July 29, 2005 Order Setting Rule 16 Case Management Conference (doc. #7) directed the parties to meet at least 14 days before the case management conference set for October 28, 2005, to prepare the proposed case management report. Plaintiff's apparent refusal to do so appears to be in violation of Rule 41(b), Fed. R. Civ. P., which states, "For failure of the plaintiff to prosecute or to comply with these rules or any order of court, defendant may move for dismissal of an action or of any claim against the defendant."

1    IT IS THEREFORE ORDERED that plaintiff shall show cause by written
2 submission to this court no later than November 11, 2005, why this action should not be
3 dismissed pursuant to Rule 41(b), Fed. R. Civ. P., for failure to prosecute and failure to
4 comply with the order of this court.

5    DATED this 28th day of October, 2005.

```
                              _____
                              Neil V. Wake
                              United States District Judge
```